# UNITED STATES DISTRICT COURT
## for the Central District of California

Louis A. Coffelt, Jr.,  )
    Plaintiff,  )
    --v.--  )
Autodesk, Inc.,  )
    Defendant.  )

ED CV17-01684 FMO(SHKx)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

TO: Autodesk, Inc.
    111 McInnis Parkway, San Rafael, CA 94903

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States Agency, or an Officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Louis A. Coffelt, Jr.
email: Louis.Coffelt@gmail.com
231 E. Alessandro Blvd. Ste 6A-504
Riverside, CA 92508
Phone: (951) 790-6086

    If you fail to respond, judgement by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

Date: 8/21/2017

ANGELIQUE DOMINGUEZ
Signature of Clerk or Deputy Clerk

1233