RICHARD S.J. HUNG (State Bar No. 197425)
rhung@mofo.com
ROBIN L. BREWER (State Bar No. 253686)
rbrewer@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

BITA RAHEBI (State Bar No. 209351)
brahebi@mofo.com
ROSE LEE (State Bar No. 294658)
roselee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: (213) 892-5428
Facsimile: (213) 892-5454

Attorneys for Autodesk, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A. COFFELT, JR.,<br><br>Plaintiff,<br><br>v.<br><br>AUTODESK, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 5:17-cv-01684-FMO-SHK<br><br>**DECLARATION OF RICHARD S.J. HUNG IN SUPPORT OF AUTODESK, INC.'S MOTION TO DISMISS PLAINTIFF LOUIS A. COFFELT'S COMPLAINT**<br><br>Date: November 30, 2017<br>Time: 10:00 a.m.<br>Courtroom: 6D, 6th Floor<br><br>Hon. Fernando M. Olguin |

sf-3836775

I, Richard S.J. Hung, declare:

1. I am an attorney with the law firm of Morrison & Foerster LLP, and counsel for Defendant Autodesk, Inc. ("Autodesk") in the above-captioned matter. I submit this declaration based on personal knowledge and following reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached as Exhibit A is a true and correct copy of a press release dated January 14, 2010, entitled Sony Releases Open Source Shading Language.

3. Attached as Exhibit B is a true and correct copy of the Sony Picture Imageworks ("Sony") Open Source website from August 19, 2009, listing Sony's open source project Open Shading Language ("OSL").

4. Attached as Exhibit C is a true and correct copy of Google websites for the OSL code showing updates, dated January 19, 2010, and the Current OSL language specification, dated February 27, 2010.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California, this 1st day of November, 2017.

By: /s/ Richard S.J. Hung

MORRISON & FOERSTER LLP
Attorneys for Defendant
AUTODESK, INC.