UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A. COFFELT, JR.,<br><br>              Plaintiff,<br><br>      v.<br><br>AUTODESK, INC., a Delaware Corporation,<br><br>              Defendant. | Case No.:  5:17-cv-01684-FMO-SHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AUTODESK, INC.'S MOTION TO DISMISS PLAINTIFF LOUIS A. COFFELT'S COMPLAINT** |

1 | This matter came before the Court pursuant to Defendant Autodesk Inc.'s
2 | Motion to Dismiss. Having considered the documents filed in support of and in
3 | opposition to the motion, the argument of counsel, the pleadings on file in this
4 | action, and all other matters properly before the Court, being fully advised in the
5 | proceedings, and for good cause appearing:
6 |     IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss is GRANTED
7 | and the Complaint is dismissed pursuant to Rule 12(b)(6) of the Federal Rules of
8 | Civil Procedure for failure to state a claim.
9 |
10 |     IT IS SO ORDERED.
11 |
12 | Dated: _____
13 |
14 |
15 |                                 Honorable Fernando M. Olguin
                                United States District Judge