RICHARD S.J. HUNG (State Bar No. 197425)
rhung@mofo.com
ROBIN L. BREWER (State Bar No. 253686)
rbrewer@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

BITA RAHEBI (State Bar No. 209351)
brahebi@mofo.com
ROSE LEE (State Bar No. 294658)
roselee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: (213) 892-5428
Facsimile: (213) 892-5454

Attorneys for Autodesk, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A. COFFELT, JR.,<br><br>           Plaintiff,<br><br>     v.<br><br>AUTODESK, INC., a Delaware Corporation,<br><br>           Defendant. | Case No.: 5:17-cv-01684-FMO-SHK<br><br>**DEFENDANT AUTODESK, INC.'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Date: January 18, 2018<br>Time: 10:00 a.m.<br>Courtroom: 6D, 6th Floor<br><br>Hon. Fernando M. Olguin |

sf-3854150

1     Defendant Autodesk, Inc. ("Autodesk") does not oppose Plaintiff's Motion for Leave to Amend Complaint as set forth in Mr. Coffelt's motion dated December 18, 2017, ECF 32. Autodesk reserves all rights to challenge or respond to the amended complaint, including by motion pursuant to Rule 12 of the Federal Rules of Civil Procedure.

Dated: December 28, 2017      By:   */s/ Richard S.J. Hung*

                                        MORRISON & FOERSTER LLP
                                        Attorneys for Defendant
                                        AUTODESK, INC.

sf-3854150