RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
ROBIN L. BREWER (CA SBN 253686)
rbrewer@mofo.com
CHRISTOPHER J. WIENER (CA SBN 280476)
cwiener@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

BITA RAHEBI (CA SBN 209351)
brahebi@mofo.com
ROSE LEE (CA SBN 294658)
roselee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: (213) 892-5428
Facsimile: (213) 892-5454

Attorneys for Autodesk, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A. COFFELT, JR.,<br><br>Plaintiff,<br><br>v.<br><br>AUTODESK, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 5:17-cv-01684-FMO-SHK<br><br>**DECLARATION OF RICHARD S.J. HUNG IN SUPPORT OF AUTODESK, INC.'S MOTION TO DISMISS PLAINTIFF LOUIS A. COFFELT'S SECOND AMENDED COMPLAINT**<br><br>Date: February 22, 2018<br>Time: 10:00 a.m.<br>Courtroom: 6D, 6th Floor<br><br>Hon. Fernando M. Olguin |

sf-3836775

I, Richard S.J. Hung, declare:

1. I am an attorney with the law firm of Morrison & Foerster LLP, and counsel for Defendant Autodesk, Inc. ("Autodesk") in the above-captioned matter. I submit this declaration based on personal knowledge and following reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached as Exhibit A is a true and correct copy of the complaint filed in *Coffelt v. Nvidia,* No. CV 16-00457 SJO (KKx) (C.D. Cal. Mar. 14, 2016).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California, this 24th day of January, 2018.

By: /s/ *Richard S.J. Hung*

MORRISON & FOERSTER LLP
Attorneys for Defendant
AUTODESK, INC.