1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LOUIS A. COFFELT, JR., | Case No.: 5:17-cv-01684-FMO-SHK |
|---|---|
| Plaintiff, | **[PROPOSED]** |
| v. | **ORDER GRANTING DEFENDANT AUTODESK, INC.'S MOTION TO DISMISS PLAINTIFF LOUIS A. COFFELT'S SECOND AMENDED COMPLAINT** |
| AUTODESK, INC., a Delaware Corporation, | |
| Defendant. | |

1 | This matter came before the Court pursuant to Defendant Autodesk Inc.'s Motion to Dismiss Plaintiff Louis A. Coffelt's Second Amended Complaint. Having considered the documents filed in support of and in opposition to the motion, the argument of counsel, the pleadings on file in this action, and all other matters properly before the Court, being fully advised in the proceedings, and for good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss is GRANTED and the Second Amended Complaint is dismissed without leave to amend pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Fernando M. Olguin
United States District Judge