Louis A. Coffelt, Jr.

email: Louis.Coffelt@gmail.com

231 E. Alessandro Blvd., Ste 6A-504

Riverside, CA 92508

Phone: (951) 790-6086

Pro Se

FILED
2018 JAN 31  PM 3:49
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

# UNITED STATES DISTRICT COURT

for the Central District of California

| | |
|---|---|
| Louis A. Coffelt, Jr., <br><br> Plaintiff, <br><br> --v.-- <br><br> Autodesk, Inc., <br><br> Defendant. | Case No.: **5:17-cv-01684-FMO-SHK** <br><br><br> **OPPOSITION TO** <br><br> **MOTION TO STAY DISCOVERY** <br><br><br> Date: February 22, 2018 <br> Time: 10:00 a.m. <br> Courtroom: 6D, 6th Floor <br> Hon. Fernando M. Olguin |

Plaintiff, Louis A. Coffelt, Jr. (Coffelt), *pro se*, file this response in opposition to Defendant's Motion to Stay Discovery (Dkt. No. 40) (Motion) filed January 24, 2018.

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. ARGUMENT

Autodesk's entire Motion is based on speculation, vague, and overly broad statements. Autodesk's entire argument is essentially speculation:

1.) Autodesk speculates that there is no prejudice to Plaintiff.

2.) objecting and responding to Mr. Coffelt's pro se requests has been difficult.

3.) a stay of discovery would conserve judicial resources.

4.) Mr. Coffelt would continue to serve discovery request upon discovery request.

5.) Mr. Coffelt's Second Amended Complaint still does not raise plausible factual allegations entitling him to relief.

Any stay on Discovery will prejudice Coffelt. There is a need to seek discovery and depositions from California Department of Corrections and Rehabilitation agents, and specific Autodesk agents. Defendant has not answered any Requests which correspond to those agents. There may be a need to seek discovery from Sony Image Works.

Autodesk's Responses related to these Discovery issues have been only vague boilerplate objections. Therefore, Coffelt may be required to seek additional Discovery Motions to Compel.

For these reasons, Plaintiff believes this Court should deny Defendant's Motion to Stay Discovery (Dkt. No. 40).

Date: January 31, 2018    By: *[signature]*
Louis A. Coffelt, Jr.
Plaintiff
*Pro Se*

# CERTIFICATE OF SERVICE

I, Louis A. Coffelt, Jr. (Coffelt), hereby certify that on the 31st day of January, 2018, Coffelt filed the the foregoing document   **OPPOSITION TO MOTION TO STAY DISCOVERY** with the Clerk of the Court, in case No. 5:17-cv-01684-FMO-SHK, as follows:

Office of the Clerk

United States District Court for the Central District of California

312 North Spring Street, Los Angeles, CA 90012

And further caused to be served one copy of the foregoing document **OPPOSITION TO MOTION TO STAY DISCOVERY** by U.S. mail, postage prepaid, in case 5:17-cv-01684-FMO-SHK to the following attorneys of record:

Richard S.J. Hung
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105
(415) 268-7602 (direct)
(415) 268-7522 (fax)
rhung@mofo.com

Date: January 31, 2018        By: _____
                              Louis A. Coffelt, Jr.

                              Plaintiff

                              *Pro Se*

3