# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A COFFELT, JR <br><br> PLAINTIFF(S) <br><br> v. <br><br> AUTODESK, INC. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 5:17–cv–01684–FMO–SHK <br><br> **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

   04/17/2018    /    56    /    Motion to Stay Ruling  
*Date Filed*          *Doc. No.*           *Title of Document*

   __          /    __    /    __  
*Date Filed*          *Doc. No.*           *Title of Document*

Hearing information is missing, incorrect, or not timely.

Other:

Dated: April 18, 2018          By: /s/ *Fernando M. Olguin*  
                                           U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–106 (6/12)          ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)