# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS A COFFELT JR., <br><br> Plaintiff, <br><br> v. <br><br> AUTODESK, INC., <br><br> Defendant. | Case No. ED CV 17-1684 FMO (SHKx) <br><br> **ORDER RE: DEFENDANT'S <br> EX PARTE APPLICATION** |

    Having reviewed all the briefing filed with respect to defendant Autodesk's ("defendant") Ex Parte Application to Deny Plaintiff's Motions Without Prejudice and Bar Future Motions, (Dkt. 57, "Application"), the court concludes as follows.

    On February 7, 2018, the court stayed discovery pending the court's decision on defendant's Motion to Dismiss, (Dkt. 39). (See Dkt. 47, Court's Order of February 7, 2018, at 1-2). Despite the stay of discovery, plaintiff filed two discovery motions. (See Dkts. 50 & 51). After these discovery motions were stricken pursuant to the Court's Order of April 9, 2018, (Dkt. 52), plaintiff proceeded to re-file them. (See Dkts. 54 & 55). Pro se litigants such as plaintiff are not exempt from complying with court orders, the requirements of the Federal Rules of Civil Procedure or a judicial district's local rules. See, e.g., Carey v. King, 856 F.2d 1439, 1440-41 (9th Cir. 1988) (affirming dismissal of pro se plaintiff's action where plaintiff did not comply with local rules). Accordingly, IT IS ORDERED THAT:

    1. Defendant's Ex Parte Application to Deny Plaintiff's Motions Without Prejudice and Bar Future Motions **(Document No. 57)** is **granted**.

2.  Plaintiff's discovery motions **(Document Nos. 37, 54 and 55)** are **denied without prejudice**. Plaintiff may, if appropriate, re-file the motions after the court lifts the discovery stay.

3.  Plaintiff's Motion to Stay Ruling on Motion to Dismiss **(Document No. 60)** is **denied**. The court will not stay its decision on the pending Motion to Dismiss.

4.  Pending a ruling on defendant's Motion to Dismiss, plaintiff is barred from filing any further motions without first seeking leave of the court.

Dated this 25th day of April, 2018.

/s/
Fernando M. Olguin
United States District Judge