JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOUIS A COFFELT JR., | Case No. ED CV 17-1684 FMO (SHKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| AUTODESK, INC., | |
| Defendant. | |

    **IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**. The parties shall bear their own fees and costs.

Dated this 30th day of September, 2018.

                                                 /s/
                                      Fernando M. Olguin
                                  United States District Judge