<table>
<tr><td>UNITED STATES COURT OF APPEALS<br>FOR THE NINTH CIRCUIT</td><td>**FILED**<br>MAY 29 2019<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS</td></tr>
</table>

LOUIS A. COFFELT, Jr.,

        Plaintiff-Appellant,

v.

AUTODESK, INC.,

        Defendant-Appellee.

No. 18-56305

D.C. No. 5:17-cv-01684-FMO-SHK
Central District of California, Riverside

ORDER

Before: LEAVY, CALLAHAN, and BEA, Circuit Judges.

The district court certified that this appeal is not taken in good faith and has denied appellant leave to proceed on appeal in forma pauperis. *See* 28 U.S.C. § 1915(a). On April 4, 2019, the court ordered appellant to explain in writing why this appeal should not be dismissed as frivolous. *See* 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

Upon a review of the record, the responses to the court's April 4, 2019 order, and appellant's November 26, 2018 filing, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry No. 5) and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2).

All other pending motions are denied as moot.

**DISMISSED.**